MOORE v. BEACON INS. CO.

No. 375P84.

Case below: 69 N.C. App. 339.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 28 August 1984.

MORETZ v. NORTHWESTERN BANK

No. 202P84.

Case below: 67 N.C. App. 312.

Petition by defendant for discretionary review under G.S. 7A-31 denied 28 August 1984.

NATIONWIDE MUT. FIRE INS. CO. v. ALLEN

No. 255P84.

Case below: 68 N.C. App. 184.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 28 August 1984.

OATES v. JAG, INC.

No. 124PA84.

Case below: 66 N.C. App. 244.

Petition by plaintiff for discretionary review under G.S. 7A-31 allowed 28 August 1984.

PARKS v. PERRY

No. 308P84.

Case below: 68 N.C. App. 202.

Petition by defendants (Godwin and Hospital) for discretionary review under G.S. 7A-31 denied 28 August 1984.